| DUE DATE 17TH | | 9/17/2019 Unsecured | | Debtor Pmt | 10.0% Tee Fee | | ATTY | | IRS Priority | | Wells Fargo USA Holdings 1st Mtg | | Wells Fargo USA Holdings Arrears | | Wells Fargo Financial Bank 2nd Mtg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | 60 | | | | | | | | | | | | |
| 9/17/2019 | 1 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 10/17/2019 | 2 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 11/17/2019 | 3 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 12/17/2019 | 4 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 1/17/2020 | 5 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 2/17/2020 | 6 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 3/17/2020 | 7 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 4/17/2020 | 8 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 5/17/2020 | 9 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 6/17/2020 | 10 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 7/17/2020 | 11 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 8/17/2020 | 12 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 9/17/2020 | 13 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 10/17/2020 | 14 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 11/17/2020 | 15 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 12/17/2020 | 16 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 1/17/2021 | 17 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 2/17/2021 | 18 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 3/17/2021 | 19 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 4/17/2021 | 20 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 5/17/2021 | 21 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 6/17/2021 | 22 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 7/17/2021 | 23 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 8/17/2021 | 24 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 9/17/2021 | 25 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 10/17/2021 | 26 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 11/17/2021 | 27 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 12/17/2021 | 28 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 1/17/2022 | 29 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 2/17/2022 | 30 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 3/17/2022 | 31 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 4/17/2022 | 32 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 5/17/2022 | 33 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 6/17/2022 | 34 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 7/17/2022 | 35 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 8/17/2022 | 36 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 9/17/2022 | 37 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 10/17/2022 | 38 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 11/17/2022 | 39 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 12/17/2022 | 40 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 1/17/2023 | 41 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 2/17/2023 | 42 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 3/17/2023 | 43 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 4/17/2023 | 44 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 5/17/2023 | 45 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 6/17/2023 | 46 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 7/17/2023 | 47 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 8/17/2023 | 48 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 9/17/2023 | 49 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 10/17/2023 | 50 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 11/17/2023 | 51 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 12/17/2023 | 52 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 1/17/2024 | 53 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 2/17/2024 | 54 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 3/17/2024 | 55 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 4/17/2024 | 56 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 5/17/2024 | 57 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 6/17/2024 | 58 | $0.25 | | $4,055.00 | $405.50 | | $99.17 | | $248.55 | | $1,570.31 | | $432.23 | | $100.00 |
| 7/17/2024 | 59 | $0.25 | | $4,055.00 | $405.50 | 59 at | $99.17 | | $248.55 | | $1,570.31 | 59 at | $432.23 | | $100.00 |
| 8/17/2024 | 60 | $0.23 | 60 at | $4,055.00 | $405.50 | 1 at | $98.97 | 60 at | $248.55 | 60 at | $1,570.31 | 1 at | $432.45 | 60 at | $100.00 |
| | | $14.98 | | $243,300.00 | $24,330.00 | | $5,950.00 | | $14,913.00 | | $94,218.60 | | $25,934.02 | | $6,000.00 |
| | | $41,978.48 | | | | | | | 13,495.87 | | | | | | |
| | | 0% | | | | | | | Interest 4.0% | | | | | | |

| DUE DATE 17TH | | | North Shore HOA Ongoing | | | Chrysler Capital Car Loan | | | Capital One Auto Finance Car Loan |
|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | |
| 9/17/2019 | 1 | | $100.00 | | | $622.84 | | | $476.15 |
| 10/17/2019 | 2 | | $100.00 | | | $622.84 | | | $476.15 |
| 11/17/2019 | 3 | | $100.00 | | | $622.84 | | | $476.15 |
| 12/17/2019 | 4 | | $100.00 | | | $622.84 | | | $476.15 |
| 1/17/2020 | 5 | | $100.00 | | | $622.84 | | | $476.15 |
| 2/17/2020 | 6 | | $100.00 | | | $622.84 | | | $476.15 |
| 3/17/2020 | 7 | | $100.00 | | | $622.84 | | | $476.15 |
| 4/17/2020 | 8 | | $100.00 | | | $622.84 | | | $476.15 |
| 5/17/2020 | 9 | | $100.00 | | | $622.84 | | | $476.15 |
| 6/17/2020 | 10 | | $100.00 | | | $622.84 | | | $476.15 |
| 7/17/2020 | 11 | | $100.00 | | | $622.84 | | | $476.15 |
| 8/17/2020 | 12 | | $100.00 | | | $622.84 | | | $476.15 |
| 9/17/2020 | 13 | | $100.00 | | | $622.84 | | | $476.15 |
| 10/17/2020 | 14 | | $100.00 | | | $622.84 | | | $476.15 |
| 11/17/2020 | 15 | | $100.00 | | | $622.84 | | | $476.15 |
| 12/17/2020 | 16 | | $100.00 | | | $622.84 | | | $476.15 |
| 1/17/2021 | 17 | | $100.00 | | | $622.84 | | | $476.15 |
| 2/17/2021 | 18 | | $100.00 | | | $622.84 | | | $476.15 |
| 3/17/2021 | 19 | | $100.00 | | | $622.84 | | | $476.15 |
| 4/17/2021 | 20 | | $100.00 | | | $622.84 | | | $476.15 |
| 5/17/2021 | 21 | | $100.00 | | | $622.84 | | | $476.15 |
| 6/17/2021 | 22 | | $100.00 | | | $622.84 | | | $476.15 |
| 7/17/2021 | 23 | | $100.00 | | | $622.84 | | | $476.15 |
| 8/17/2021 | 24 | | $100.00 | | | $622.84 | | | $476.15 |
| 9/17/2021 | 25 | | $100.00 | | | $622.84 | | | $476.15 |
| 10/17/2021 | 26 | | $100.00 | | | $622.84 | | | $476.15 |
| 11/17/2021 | 27 | | $100.00 | | | $622.84 | | | $476.15 |
| 12/17/2021 | 28 | | $100.00 | | | $622.84 | | | $476.15 |
| 1/17/2022 | 29 | | $100.00 | | | $622.84 | | | $476.15 |
| 2/17/2022 | 30 | | $100.00 | | | $622.84 | | | $476.15 |
| 3/17/2022 | 31 | | $100.00 | | | $622.84 | | | $476.15 |
| 4/17/2022 | 32 | | $100.00 | | | $622.84 | | | $476.15 |
| 5/17/2022 | 33 | | $100.00 | | | $622.84 | | | $476.15 |
| 6/17/2022 | 34 | | $100.00 | | | $622.84 | | | $476.15 |
| 7/17/2022 | 35 | | $100.00 | | | $622.84 | | | $476.15 |
| 8/17/2022 | 36 | | $100.00 | | | $622.84 | | | $476.15 |
| 9/17/2022 | 37 | | $100.00 | | | $622.84 | | | $476.15 |
| 10/17/2022 | 38 | | $100.00 | | | $622.84 | | | $476.15 |
| 11/17/2022 | 39 | | $100.00 | | | $622.84 | | | $476.15 |
| 12/17/2022 | 40 | | $100.00 | | | $622.84 | | | $476.15 |
| 1/17/2023 | 41 | | $100.00 | | | $622.84 | | | $476.15 |
| 2/17/2023 | 42 | | $100.00 | | | $622.84 | | | $476.15 |
| 3/17/2023 | 43 | | $100.00 | | | $622.84 | | | $476.15 |
| 4/17/2023 | 44 | | $100.00 | | | $622.84 | | | $476.15 |
| 5/17/2023 | 45 | | $100.00 | | | $622.84 | | | $476.15 |
| 6/17/2023 | 46 | | $100.00 | | | $622.84 | | | $476.15 |
| 7/17/2023 | 47 | | $100.00 | | | $622.84 | | | $476.15 |
| 8/17/2023 | 48 | | $100.00 | | | $622.84 | | | $476.15 |
| 9/17/2023 | 49 | | $100.00 | | | $622.84 | | | $476.15 |
| 10/17/2023 | 50 | | $100.00 | | | $622.84 | | | $476.15 |
| 11/17/2023 | 51 | | $100.00 | | | $622.84 | | | $476.15 |
| 12/17/2023 | 52 | | $100.00 | | | $622.84 | | | $476.15 |
| 1/17/2024 | 53 | | $100.00 | | | $622.84 | | | $476.15 |
| 2/17/2024 | 54 | | $100.00 | | | $622.84 | | | $476.15 |
| 3/17/2024 | 55 | | $100.00 | | | $622.84 | | | $476.15 |
| 4/17/2024 | 56 | | $100.00 | | | $622.84 | | | $476.15 |
| 5/17/2024 | 57 | | $100.00 | | | $622.84 | | | $476.15 |
| 6/17/2024 | 58 | | $100.00 | | | $622.84 | | | $476.15 |
| 7/17/2024 | 59 | | $100.00 | | | $622.84 | | | $476.15 |
| 8/17/2024 | 60 | 60 at | $100.00 | 60 at | | $622.84 | 60 at | | $476.15 |
| | | | $6,000.00 | | | $37,370.40 | | | $28,569.00 |
| | | | | | | 31378 | | | 23,904 |
| | | | | | | Interest 7.25% | | | Interest 7.25% |