# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
### Orlando Division

IN RE:  Case No:  6:19-bk-05420-KSJ

**RICARDO ERIEL ROSARIO**

_____ Debtor  /   Chapter 13

## Amended Notice of Increase in Plan Payments

*This notice supersedes any previous notices filed*

This notice is occasioned by **a Notice of Mortgage Payment Change from Ajax Mortgage Loan Trust** (filed 4/05/2021). Paragraph 8 of your Confirmation Order provides for this change in plan payments from you to the Trustee, and no further order is required.

**THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENT IS WITH THE PAYMENT DUE: May 2021**

|  | Former | New |  |
|---|---|---|---|
| Payment | $1,698.44 | $2,103.82 |  |
| Increase |  | $405.38 |  |
| Additional Trustee Fee |  | $45.04 |  |
| **Your payment to the trustee** | $4,064.00 | $4,514.42 | **(5/2021 - 7/2024)** |
|  | $4,175.00 | $4,625.42 | (8/2024 - 8/2024) |

If you have made one or more payments which are after the effective date of this change, you **MUST,** in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 6th day of April, 2021.

**Debtor** - Ricardo Eriel Rosario, 9625 Renwick Court, Orlando, FL  32832
**Attorney -** John T Snow, 390 N Orange Ave, Ste 2300, Orlando, FL  32801

**BY:  /S/  LAURIE K. WEATHERFORD**
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com