# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
### www.flmb.uscourts.gov

**In re:**  Case No: 6:19-bk-05420-KSJ
Chapter 13

**RICARDO ERIEL ROSARIO,**

      **Debtor.**
_____/

## RESPONSE TO MOTION TO DISMISS FOR FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS
[Doc. No. 50]

COMES NOW the Debtor by his undersigned counsel, and in response to the Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments [Doc. No. 50], states as follows:

1. Debtor admits the averments of paragraph 1 of the said Motion.

2. Debtor admits the averments of paragraph 2 of the said Motion.

3. Debtor admits the averments of paragraph 3 of the said Motion.

4. Debtor denies the averments of paragraph 4 of the said Motion; and further answering, Debtor states as follows:

    (a) The Debtor has submitted payment through the TFS system to bring the arrearage current.

    (b) The Debtor intends to submit his payment due on October 18, 2021, through the TFS system on or before October 31, 2021.

    (c) The Debtor intends to submit his payment due on November 18, 2021, through the TFS system on or before the due date.

WHEREFORE, Debtor prays that the Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments [Doc. No. 50] be denied.

Respectfully submitted,

/s/ John T. Snow_____
John T. Snow, Esq.
Attorney for Debtor
FL Bar #0039685
390 North Orange Ave., Ste. 2300
Orlando, FL 32801
Phone 407-286-6663
Fax 407-412-5068
johnsnow@cfl.rr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response has been furnished by United States mail and/or by electronic transmission to the parties listed below on 10/08/2021:

Debtor – Ricardo Eriel Rosario, 9625 Renwick Court, Orlando, FL 32832
Trustee - Laurie K. Weatherford, PO Box 3450 Winter Park FL 32790

/s/ John T. Snow_____
John T. Snow, Esq.
Attorney for Debtor
FL Bar #0039685
390 North Orange Ave., Ste. 2300
Orlando, FL 32801
Phone 407-286-6663
Fax 407-412-5068
johnsnow@cfl.rr.com