| DUE DATE 17TH | | 9/17/2019 Unsecured | | Debtor Pmt | 10.0% Tee Fee | | ATTY | | IRS Priority | | Gregory Funding Ongoing Mtg | | Gregory Funding Arrears | | North Shore HOA Secured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | 60 | | | | | | | | | | | | |
| 9/17/2019 | 1 | $5.60 | | $4,055.00 | $405.50 | | $516.00 | | | | $1,592.95 | | $432.23 | | $105.00 |
| 10/17/2019 | 2 | $0.60 | | $4,055.00 | $405.50 | 2 at | $516.00 | | | | $1,592.95 | | $432.23 | | $105.00 |
| 11/17/2019 | 3 | $0.00 | | $4,055.00 | $405.50 | | $546.86 | | | | $1,562.69 | | $432.23 | | $105.00 |
| 12/17/2019 | 4 | $0.00 | | $4,055.00 | $405.50 | | $546.86 | | | | $1,562.69 | | $432.23 | | $105.00 |
| 1/17/2020 | 5 | $0.00 | | $4,055.00 | $405.50 | | $546.86 | | | | $1,562.69 | | $432.23 | | $105.00 |
| 2/17/2020 | 6 | $0.00 | | $4,055.00 | $405.50 | 4 at | $546.86 | 6 at | | | $1,562.69 | | $432.23 | | $105.00 |
| 3/17/2020 | 7 | $0.00 | | $4,055.00 | $405.50 | 1 at | $29.36 | 1 at | $517.50 | 5 at | $1,562.69 | | $432.23 | | $105.00 |
| 4/17/2020 | 8 | $0.00 | | $4,055.00 | $405.50 | | | | $411.11 | | $1,698.44 | | $432.23 | | $105.00 |
| 5/17/2020 | 9 | $0.00 | | $4,055.00 | $405.50 | 2 at | | 2 at | $411.11 | | $1,698.44 | | $432.23 | | $105.00 |
| 6/17/2020 | 10 | $0.00 | 10 at | $4,055.00 | $405.50 | | $50.00 | 1 at | $361.11 | | $1,698.44 | 10 at | $432.23 | | $105.00 |
| 7/17/2020 | 11 | $0.00 | | $4,064.00 | $406.40 | | $50.00 | | $227.84 | | $1,698.44 | | $573.60 | | $105.00 |
| 8/17/2020 | 12 | $0.00 | | $4,064.00 | $406.40 | | $50.00 | | $227.84 | | $1,698.44 | | $573.60 | | $105.00 |
| 9/17/2020 | 13 | $0.00 | | $4,064.00 | $406.40 | | $50.00 | | $227.84 | | $1,698.44 | | $573.60 | | $105.00 |
| 10/17/2020 | 14 | $0.00 | | $4,064.00 | $406.40 | | $50.00 | | $227.84 | | $1,698.44 | | $573.60 | | $105.00 |
| 11/17/2020 | 15 | $0.00 | | $4,064.00 | $406.40 | | $50.00 | | $227.84 | | $1,698.44 | | $573.60 | | $105.00 |
| 12/17/2020 | 16 | $0.00 | | $4,064.00 | $406.40 | | $50.00 | | $227.84 | | $1,698.44 | | $573.60 | | $105.00 |
| 1/17/2021 | 17 | $0.00 | | $4,064.00 | $406.40 | | $50.00 | | $227.84 | | $1,698.44 | | $573.60 | | $105.00 |
| 2/17/2021 | 18 | $0.00 | | $4,064.00 | $406.40 | | $50.00 | | $227.84 | | $1,698.44 | | $573.60 | | $105.00 |
| 3/17/2021 | 19 | $0.00 | | $4,064.00 | $406.40 | | $50.00 | | $227.84 | | $1,698.44 | | $573.60 | | $105.00 |
| 4/17/2021 | 20 | $0.00 | 10 at | $4,064.00 | $406.40 | | $50.00 | | $227.84 | 13 at | $1,698.44 | | $573.60 | | $105.00 |
| 5/17/2021 | 21 | ($0.00) | | $4,514.42 | $451.44 | | $50.00 | | $227.84 | | $2,103.82 | | $573.60 | | $105.00 |
| 6/17/2021 | 22 | ($0.00) | | $4,514.42 | $451.44 | | $50.00 | | $227.84 | | $2,103.82 | | $573.60 | | $105.00 |
| 7/17/2021 | 23 | ($0.00) | | $4,514.42 | $451.44 | | $50.00 | | $227.84 | | $2,103.82 | | $573.60 | | $105.00 |
| 8/17/2021 | 24 | ($0.00) | | $4,514.42 | $451.44 | | $50.00 | | $227.84 | | $2,103.82 | | $573.60 | | $105.00 |
| 9/17/2021 | 25 | ($0.00) | | $4,514.42 | $451.44 | | $50.00 | | $227.84 | | $2,103.82 | | $573.60 | | $105.00 |
| 10/17/2021 | 26 | ($0.00) | | $4,514.42 | $451.44 | | $50.00 | | $227.84 | | $2,103.82 | | $573.60 | | $105.00 |
| 11/17/2021 | 27 | ($0.00) | | $4,514.42 | $451.44 | | $50.00 | | $227.84 | | $2,103.82 | | $573.60 | | $105.00 |
| 12/17/2021 | 28 | ($0.00) | | $4,514.42 | $451.44 | | $50.00 | | $227.84 | | $2,103.82 | | $573.60 | | $105.00 |
| 1/17/2022 | 29 | ($0.00) | | $4,514.42 | $451.44 | | $50.00 | | $227.84 | | $2,103.82 | | $573.60 | | $105.00 |
| 2/17/2022 | 30 | ($0.00) | 10 at | $4,514.42 | $451.44 | | $50.00 | | $227.84 | | $2,103.82 | | $573.60 | 30 at | $105.00 |
| 3/17/2022 | 31 | ($0.00) | | $4,553.31 | $455.33 | | $50.00 | | $227.84 | | $2,103.82 | | $573.60 | | $140.00 |
| 4/17/2022 | 32 | ($0.00) | 2 at | $4,553.31 | $455.33 | | $50.00 | | $227.84 | 12 at | $2,103.82 | | $573.60 | | $140.00 |
| 5/17/2022 | 33 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 6/17/2022 | 34 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 7/17/2022 | 35 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 8/17/2022 | 36 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 9/17/2022 | 37 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 10/17/2022 | 38 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 11/17/2022 | 39 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 12/17/2022 | 40 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 1/17/2023 | 41 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 2/17/2023 | 42 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 3/17/2023 | 43 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 4/17/2023 | 44 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 5/17/2023 | 45 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 6/17/2023 | 46 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 7/17/2023 | 47 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 8/17/2023 | 48 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 9/17/2023 | 49 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 10/17/2023 | 50 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 11/17/2023 | 51 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 12/17/2023 | 52 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 1/17/2024 | 53 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 2/17/2024 | 54 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 3/17/2024 | 55 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 4/17/2024 | 56 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 5/17/2024 | 57 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 6/17/2024 | 58 | $0.00 | | $4,554.88 | $455.49 | | $50.00 | | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 7/17/2024 | 59 | $0.00 | 27 at | $4,554.88 | $455.49 | | $50.00 | 49 at | $227.84 | | $2,105.23 | | $573.60 | | $140.00 |
| 8/17/2024 | 60 | ($0.00) | 1 at | $4,665.22 | $466.52 | 51 at | $50.00 | 1 at | $214.42 | 28 at | $2,105.23 | 50 at | $573.60 | 30 at | $140.00 |
| | | $6.23 | | $263,087.80 | $26,308.78 | | $5,798.80 | | $13,079.41 | | $117,271.35 | | $33,002.30 | | $7,350.00 |
| | | $41,978.48 | | | | | | | 11,836.66 | | | | | | |
| | | 0% | | | | | | | Interest 4.0% | | | | | | |

| DUE DATE 17TH | | | Capital One Auto Finance Car Loan | | Santander Consumer Car Loan | | Bridgecrest Auto Loan POC 9 | |
|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | |
| 9/17/2019 | 1 | | $425.72 | | $577.00 | 1 at | PAID | |
| 10/17/2019 | 2 | | $425.72 | | $577.00 | 1 at | OUTSIDE | |
| 11/17/2019 | 3 | | $425.72 | | $577.00 | 1 at | PLAN | |
| 12/17/2019 | 4 | | $425.72 | | $577.00 | | | |
| 1/17/2020 | 5 | | $425.72 | | $577.00 | | | |
| 2/17/2020 | 6 | | $425.72 | | $577.00 | | | |
| 3/17/2020 | 7 | | $425.72 | | $577.00 | | | |
| 4/17/2020 | 8 | | $425.72 | | $577.00 | | | |
| 5/17/2020 | 9 | | $425.72 | | $577.00 | | | |
| 6/17/2020 | 10 | | $425.72 | | $577.00 | | | |
| 7/17/2020 | 11 | | $425.72 | | $577.00 | | | |
| 8/17/2020 | 12 | | $425.72 | | $577.00 | | | |
| 9/17/2020 | 13 | | $425.72 | | $577.00 | | | |
| 10/17/2020 | 14 | | $425.72 | | $577.00 | | | |
| 11/17/2020 | 15 | | $425.72 | | $577.00 | | | |
| 12/17/2020 | 16 | | $425.72 | | $577.00 | | | |
| 1/17/2021 | 17 | | $425.72 | | $577.00 | | | |
| 2/17/2021 | 18 | | $425.72 | | $577.00 | | | |
| 3/17/2021 | 19 | | $425.72 | | $577.00 | | | |
| 4/17/2021 | 20 | | $425.72 | | $577.00 | | | |
| 5/17/2021 | 21 | | $425.72 | | $577.00 | | | |
| 6/17/2021 | 22 | | $425.72 | | $577.00 | | | |
| 7/17/2021 | 23 | | $425.72 | | $577.00 | | | |
| 8/17/2021 | 24 | | $425.72 | | $577.00 | | | |
| 9/17/2021 | 25 | | $425.72 | | $577.00 | | | |
| 10/17/2021 | 26 | | $425.72 | | $577.00 | | | |
| 11/17/2021 | 27 | | $425.72 | | $577.00 | | | |
| 12/17/2021 | 28 | | $425.72 | | $577.00 | | | |
| 1/17/2022 | 29 | | $425.72 | | $577.00 | | | |
| 2/17/2022 | 30 | | $425.72 | | $577.00 | | | |
| 3/17/2022 | 31 | | $425.72 | | $577.00 | | | |
| 4/17/2022 | 32 | | $425.72 | | $577.00 | | | |
| 5/17/2022 | 33 | | $425.72 | | $577.00 | | | |
| 6/17/2022 | 34 | | $425.72 | | $577.00 | | | |
| 7/17/2022 | 35 | | $425.72 | | $577.00 | | | |
| 8/17/2022 | 36 | | $425.72 | | $577.00 | | | |
| 9/17/2022 | 37 | | $425.72 | | $577.00 | | | |
| 10/17/2022 | 38 | | $425.72 | | $577.00 | | | |
| 11/17/2022 | 39 | | $425.72 | | $577.00 | | | |
| 12/17/2022 | 40 | | $425.72 | | $577.00 | | | |
| 1/17/2023 | 41 | | $425.72 | | $577.00 | | | |
| 2/17/2023 | 42 | | $425.72 | | $577.00 | | | |
| 3/17/2023 | 43 | | $425.72 | | $577.00 | | | |
| 4/17/2023 | 44 | | $425.72 | | $577.00 | | | |
| 5/17/2023 | 45 | | $425.72 | | $577.00 | | | |
| 6/17/2023 | 46 | | $425.72 | | $577.00 | | | |
| 7/17/2023 | 47 | | $425.72 | | $577.00 | | | |
| 8/17/2023 | 48 | | $425.72 | | $577.00 | | | |
| 9/17/2023 | 49 | | $425.72 | | $577.00 | | | |
| 10/17/2023 | 50 | | $425.72 | | $577.00 | | | |
| 11/17/2023 | 51 | | $425.72 | | $577.00 | | | |
| 12/17/2023 | 52 | | $425.72 | | $577.00 | | | |
| 1/17/2024 | 53 | | $425.72 | | $577.00 | | | |
| 2/17/2024 | 54 | | $425.72 | | $577.00 | | | |
| 3/17/2024 | 55 | | $425.72 | | $577.00 | | | |
| 4/17/2024 | 56 | | $425.72 | | $577.00 | | | |
| 5/17/2024 | 57 | | $425.72 | | $577.00 | | | |
| 6/17/2024 | 58 | | $425.72 | | $577.00 | | | |
| 7/17/2024 | 59 | 59 at | $425.72 | 59 at | $577.00 | | | |
| 8/17/2024 | 60 | 1 at | $577.52 | 1 at | $537.93 | | | |
| | | | $25,695.00 | | $34,580.93 | | | |
| | | | 21,371.95 | | 28,934.10 | | | |
| | | | Interest 7.25% | | Interest 7.25% | | | |