# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:                                                           Case No:     6:19-bk-05420-GER

**RICARDO ERIEL ROSARIO**

                                            Debtor   /       Chapter 13

### AMENDED CONDITIONAL
## TRUSTEES CONSENT TO DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN
Pursuant to attached spreadsheet and debtor sending in $9118.10 to be current through April.

    COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order granting the Debtor's Motion to Modify Confirmed Plan (Document No. 54).

### Certificate of Service

    I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 20th day of April, 2022.

**Debtor** - Ricardo Eriel Rosario , 9625 Renwick Court, Orlando, FL  32832

**Debtor'sAttorney** - John T Snow, 390 N Orange Ave, Ste 2300, Orlando, FL  32801

 

/S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com

| DUE DATE 7TH | | 19-5420 KJ 9/18/2019 Unsecured | | ROSARIO | Debtor Pmt | 10.0% Tee Fee | | ATTY | | CLM 350 MONITORING FEES | | CLM 004 PRI IRS | | CLM 003 GREGORY RENWICK CT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | 60 | | | | | | | | | | | 1ST MTG |
| 9/18/2019 | 1 | $0.00 | | | $4,055.00 | $405.50 | | $516.60 | | | | | | $1,592.95 |
| 10/18/2019 | 2 | $0.00 | | | $4,055.00 | $405.50 | 2 at | $516.60 | | | | | 2 at | $1,592.95 |
| 11/18/2019 | 3 | $0.00 | | | $4,055.00 | $405.50 | | $546.86 | | | | | | $1,562.69 |
| 12/18/2019 | 4 | $0.00 | | | $4,055.00 | $405.50 | | $546.86 | | | | | | $1,562.69 |
| 1/18/2020 | 5 | $0.00 | | | $4,055.00 | $405.50 | | $546.86 | | | | | | $1,562.69 |
| 2/18/2020 | 6 | $0.00 | | | $4,055.00 | $405.50 | 4 at | $546.86 | | | 6 at | | | $1,562.69 |
| 3/18/2020 | 7 | $0.00 | | | $4,055.00 | $405.50 | 1 at | $29.36 | | | 1 at | $517.50 | 5 at | $1,562.69 |
| 4/18/2020 | 8 | $0.00 | | | $4,055.00 | $405.50 | | | | | | $411.11 | | $1,698.44 |
| 5/18/2020 | 9 | $0.00 | | | $4,055.00 | $405.50 | | | 9 at | | 2 at | $411.11 | | $1,698.44 |
| 6/18/2020 | 10 | $0.00 | 10 at | $4,055.00 | | $405.50 | | | | $50.00 | 1 at | $361.11 | | $1,698.44 |
| 7/18/2020 | 11 | $0.00 | | | $4,064.00 | $406.40 | | | | $50.00 | | $227.84 | | $1,698.44 |
| 8/18/2020 | 12 | $0.00 | | | $4,064.00 | $406.40 | | | | $50.00 | | $227.84 | | $1,698.44 |
| 9/18/2020 | 13 | $0.00 | | | $4,064.00 | $406.40 | | | | $50.00 | | $227.84 | | $1,698.44 |
| 10/18/2020 | 14 | $0.00 | 4 at | $4,064.00 | | $406.40 | | | | $50.00 | | $227.84 | 7 at | $1,698.44 |
| 11/18/2020 | 15 | $0.35 | | | $4,065.34 | $406.53 | | | | $50.00 | | $227.84 | | $1,699.30 |
| 12/18/2020 | 16 | $0.35 | | | $4,065.34 | $406.53 | | | | $50.00 | | $227.84 | | $1,699.30 |
| 1/18/2021 | 17 | $0.35 | | | $4,065.34 | $406.53 | | | | $50.00 | | $227.84 | | $1,699.30 |
| 2/18/2021 | 18 | $0.35 | | | $4,065.34 | $406.53 | | | | $50.00 | | $227.84 | | $1,699.30 |
| 3/18/2021 | 19 | $0.35 | | | $4,065.34 | $406.53 | | | | $50.00 | | $227.84 | | $1,699.30 |
| 4/18/2021 | 20 | $0.35 | 6 at | $4,065.34 | | $406.53 | | | | $50.00 | | $227.84 | 6 at | $1,699.30 |
| 5/18/2021 | 21 | ($0.00) | | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,103.82 |
| 6/18/2021 | 22 | ($0.00) | | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,103.82 |
| 7/18/2021 | 23 | ($0.00) | | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,103.82 |
| 8/18/2021 | 24 | ($0.00) | | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,103.82 |
| 9/18/2021 | 25 | ($0.00) | | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,103.82 |
| 10/18/2021 | 26 | ($0.00) | | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | 6 at | $2,103.82 |
| 11/18/2021 | 27 | ($0.84) | | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,104.66 |
| 12/18/2021 | 28 | ($0.84) | | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,104.66 |
| 1/18/2022 | 29 | ($0.84) | | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,104.66 |
| 2/18/2022 | 30 | ($0.84) | 10 at | $4,514.42 | | $451.44 | | | | $50.00 | | $227.84 | | $2,104.66 |
| 3/18/2022 | 31 | $0.57 | | | $4,554.88 | $455.49 | | | | $50.00 | | $227.84 | | $2,104.66 |
| 4/18/2022 | 32 | $0.57 | | | $4,554.88 | $455.49 | | | | $50.00 | | $227.84 | 6 at | $2,104.66 |
| 5/18/2022 | 33 | $0.00 | 3 at | $4,554.88 | | $455.49 | | | | $50.00 | | $227.84 | 1 at | $2,105.23 |
| 6/18/2022 | 34 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 7/18/2022 | 35 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 8/18/2022 | 36 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 9/18/2022 | 37 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 10/18/2022 | 38 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 11/18/2022 | 39 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 12/18/2022 | 40 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 1/18/2023 | 41 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 2/18/2023 | 42 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 3/18/2023 | 43 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 4/18/2023 | 44 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 5/18/2023 | 45 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 6/18/2023 | 46 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 7/18/2023 | 47 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 8/18/2023 | 48 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 9/18/2023 | 49 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 10/18/2023 | 50 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 11/18/2023 | 51 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 12/18/2023 | 52 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 1/18/2024 | 53 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 2/18/2024 | 54 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 3/18/2024 | 55 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 4/18/2024 | 56 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 5/18/2024 | 57 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 6/18/2024 | 58 | $4.31 | | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 7/18/2024 | 59 | $4.31 | 26 at | $4,110.00 | | $411.00 | | | | $50.00 | 49 at | $227.84 | | $1,700.53 |
| 8/18/2024 | 60 | $4.00 | 1 at | $4,220.00 | | $422.00 | | | 51 at | $50.00 | 1 at | $214.42 | 27 at | $1,700.53 |
| | | | | | | | | | | | | | | |
| LIQ = $0 | | $115.90 | | | $251,086.88 | $25,108.69 | | $3,250.00 | | $2,550.00 | | $13,079.41 | | $106,354.65 |
| DUE TO IRS CLM | | $26,576.57 | | | | | | $3,250.00 | | $2,550.00 | | $13,079.41 | | 106354.65 |
| DISP: 3312.38 | | 0% | | | | | | ATTY | | CLM 350 | | PAID W/4% INT | | ONGOING |
| | | | | | | | | | | | | CLM 004 | | CLM 003 |

| DUE DATE 7TH | | CLM 103 GREGORY ARREARS | | | NO CLAIM FILED WELLS FARGO FINANCIAL RENWICK CT | | CLM 012-2 NORTH SHORE HOA | | CLM 001 CHRYSLER CAPITAL 2018 JEEP WRANGLER |
|---|---|---|---|---|---|---|---|---|---|
| | 60 | | 2ND MTG | | | | | | |
| 9/18/2019 | 1 | | $432.23 | 1 at | THIS DEBT HAS | | $105.00 | | $577.00 |
| 10/18/2019 | 2 | | $432.23 | 1 at | BEEN FULLY | | $105.00 | | $577.00 |
| 11/18/2019 | 3 | | $432.23 | 1 at | SATISIFIED | | $105.00 | | $577.00 |
| 12/18/2019 | 4 | | $432.23 | 1 at | AND DEBTOR | | $105.00 | | $577.00 |
| 1/18/2020 | 5 | | $432.23 | 1 at | HAS | | $105.00 | | $577.00 |
| 2/18/2020 | 6 | | $432.23 | 1 at | RECEIVED | | $105.00 | | $577.00 |
| 3/18/2020 | 7 | | $432.23 | 1 at | A SATISFACTION | | $105.00 | | $577.00 |
| 4/18/2020 | 8 | | $432.23 | 1 at | OF MORTGAGE | | $105.00 | | $577.00 |
| 5/18/2020 | 9 | | $432.23 | | | | $105.00 | | $577.00 |
| 6/18/2020 | 10 | 10 at | $432.23 | | | | $105.00 | | $577.00 |
| 7/18/2020 | 11 | | $573.60 | | | | $105.00 | | $577.00 |
| 8/18/2020 | 12 | | $573.60 | | | | $105.00 | | $577.00 |
| 9/18/2020 | 13 | | $573.60 | | | | $105.00 | | $577.00 |
| 10/18/2020 | 14 | | $573.60 | | | | $105.00 | | $577.00 |
| 11/18/2020 | 15 | | $573.60 | | | | $105.00 | | $577.00 |
| 12/18/2020 | 16 | | $573.60 | | | | $105.00 | | $577.00 |
| 1/18/2021 | 17 | | $573.60 | | | | $105.00 | | $577.00 |
| 2/18/2021 | 18 | | $573.60 | | | | $105.00 | | $577.00 |
| 3/18/2021 | 19 | | $573.60 | | | | $105.00 | | $577.00 |
| 4/18/2021 | 20 | | $573.60 | | | | $105.00 | | $577.00 |
| 5/18/2021 | 21 | | $573.60 | | | | $105.00 | | $577.00 |
| 6/18/2021 | 22 | | $573.60 | | | | $105.00 | | $577.00 |
| 7/18/2021 | 23 | | $573.60 | | | | $105.00 | | $577.00 |
| 8/18/2021 | 24 | | $573.60 | | | | $105.00 | | $577.00 |
| 9/18/2021 | 25 | | $573.60 | | | | $105.00 | | $577.00 |
| 10/18/2021 | 26 | | $573.60 | | | | $105.00 | | $577.00 |
| 11/18/2021 | 27 | | $573.60 | | | | $105.00 | | $577.00 |
| 12/18/2021 | 28 | | $573.60 | | | | $105.00 | | $577.00 |
| 1/18/2022 | 29 | | $573.60 | | | | $105.00 | | $577.00 |
| 2/18/2022 | 30 | | $573.60 | | | 30 at | $105.00 | | $577.00 |
| 3/18/2022 | 31 | | $573.60 | | | | $140.00 | | $577.00 |
| 4/18/2022 | 32 | | $573.60 | | | | $140.00 | | $577.00 |
| 5/18/2022 | 33 | | $573.60 | | | | $140.00 | | $577.00 |
| 6/18/2022 | 34 | | $573.60 | | | | $140.00 | | $577.00 |
| 7/18/2022 | 35 | | $573.60 | | | | $140.00 | | $577.00 |
| 8/18/2022 | 36 | | $573.60 | | | | $140.00 | | $577.00 |
| 9/18/2022 | 37 | | $573.60 | | | | $140.00 | | $577.00 |
| 10/18/2022 | 38 | | $573.60 | | | | $140.00 | | $577.00 |
| 11/18/2022 | 39 | | $573.60 | | | | $140.00 | | $577.00 |
| 12/18/2022 | 40 | | $573.60 | | | | $140.00 | | $577.00 |
| 1/18/2023 | 41 | | $573.60 | | | | $140.00 | | $577.00 |
| 2/18/2023 | 42 | | $573.60 | | | | $140.00 | | $577.00 |
| 3/18/2023 | 43 | | $573.60 | | | | $140.00 | | $577.00 |
| 4/18/2023 | 44 | | $573.60 | | | | $140.00 | | $577.00 |
| 5/18/2023 | 45 | | $573.60 | | | | $140.00 | | $577.00 |
| 6/18/2023 | 46 | | $573.60 | | | | $140.00 | | $577.00 |
| 7/18/2023 | 47 | | $573.60 | | | | $140.00 | | $577.00 |
| 8/18/2023 | 48 | | $573.60 | | | | $140.00 | | $577.00 |
| 9/18/2023 | 49 | | $573.60 | | | | $140.00 | | $577.00 |
| 10/18/2023 | 50 | | $573.60 | | | | $140.00 | | $577.00 |
| 11/18/2023 | 51 | | $573.60 | | | | $140.00 | | $577.00 |
| 12/18/2023 | 52 | | $573.60 | | | | $140.00 | | $577.00 |
| 1/18/2024 | 53 | | $573.60 | | | | $140.00 | | $577.00 |
| 2/18/2024 | 54 | | $573.60 | | | | $140.00 | | $577.00 |
| 3/18/2024 | 55 | | $573.60 | | | | $140.00 | | $577.00 |
| 4/18/2024 | 56 | | $573.60 | | | | $140.00 | | $577.00 |
| 5/18/2024 | 57 | | $573.60 | | | | $140.00 | | $577.00 |
| 6/18/2024 | 58 | | $573.60 | | | | $140.00 | | $577.00 |
| 7/18/2024 | 59 | | $573.60 | | | | $140.00 | 59 at | $577.00 |
| 8/18/2024 | 60 | 50 at | $573.60 | | | 30 at | $140.00 | 1 at | $537.93 |
| | | | | | | | | | |
| LIQ = $0 | | | $33,002.30 | | | | $7,350.00 | | $34,580.93 |
| DUE TO IRS CLM | | | $33,002.30 | | | | 7350.00 | | $34,580.93 |
| DISP: 3312.38 | | | CLM 103 | | | | CLM 012-2 | | CLM 001 |
| | | | | | | | | | PAID W/7.25% INT |

| DUE DATE 7TH | # | | CLM 006 CAPITAL ONE AUTO 2016 JEEP WRANGLER | NY LIFE INSURANCE INS POLICY | | |
|---|---|---|---|---|---|---|
| | 60 | | | | | |
| 9/18/2019 | 1 | | $425.72 | PD O/S PLAN | | |
| 10/18/2019 | 2 | | $425.72 | | | |
| 11/18/2019 | 3 | | $425.72 | | | |
| 12/18/2019 | 4 | | $425.72 | | | |
| 1/18/2020 | 5 | | $425.72 | | | |
| 2/18/2020 | 6 | | $425.72 | BRIDGECREST | | |
| 3/18/2020 | 7 | | $425.72 | 2014 NISSAN | | |
| 4/18/2020 | 8 | | $425.72 | SENTRA | | |
| 5/18/2020 | 9 | | $425.72 | SURR | | |
| 6/18/2020 | 10 | | $425.72 | COLLATERAL | | |
| 7/18/2020 | 11 | | $425.72 | PAID BY | | |
| 8/18/2020 | 12 | | $425.72 | CO-BORROWER | | |
| 9/18/2020 | 13 | | $425.72 | DEBTOR'S | | |
| 10/18/2020 | 14 | | $425.72 | SISTER | | |
| 11/18/2020 | 15 | | $425.72 | | | |
| 12/18/2020 | 16 | | $425.72 | CLAIM 9 | | |
| 1/18/2021 | 17 | | $425.72 | | | |
| 2/18/2021 | 18 | | $425.72 | | | |
| 3/18/2021 | 19 | | $425.72 | | | |
| 4/18/2021 | 20 | | $425.72 | | | |
| 5/18/2021 | 21 | | $425.72 | | | |
| 6/18/2021 | 22 | | $425.72 | | | |
| 7/18/2021 | 23 | | $425.72 | | | |
| 8/18/2021 | 24 | | $425.72 | | | |
| 9/18/2021 | 25 | | $425.72 | | | |
| 10/18/2021 | 26 | | $425.72 | | | |
| 11/18/2021 | 27 | | $425.72 | | | |
| 12/18/2021 | 28 | | $425.72 | | | |
| 1/18/2022 | 29 | | $425.72 | | | |
| 2/18/2022 | 30 | | $425.72 | | | |
| 3/18/2022 | 31 | | $425.72 | | | |
| 4/18/2022 | 32 | | $425.72 | | | |
| 5/18/2022 | 33 | | $425.72 | | | |
| 6/18/2022 | 34 | | $425.72 | | | |
| 7/18/2022 | 35 | | $425.72 | | | |
| 8/18/2022 | 36 | | $425.72 | | | |
| 9/18/2022 | 37 | | $425.72 | | | |
| 10/18/2022 | 38 | | $425.72 | | | |
| 11/18/2022 | 39 | | $425.72 | | | |
| 12/18/2022 | 40 | | $425.72 | | | |
| 1/18/2023 | 41 | | $425.72 | | | |
| 2/18/2023 | 42 | | $425.72 | | | |
| 3/18/2023 | 43 | | $425.72 | | | |
| 4/18/2023 | 44 | | $425.72 | | | |
| 5/18/2023 | 45 | | $425.72 | | | |
| 6/18/2023 | 46 | | $425.72 | | | |
| 7/18/2023 | 47 | | $425.72 | | | |
| 8/18/2023 | 48 | | $425.72 | | | |
| 9/18/2023 | 49 | | $425.72 | | | |
| 10/18/2023 | 50 | | $425.72 | | | |
| 11/18/2023 | 51 | | $425.72 | | | |
| 12/18/2023 | 52 | | $425.72 | | | |
| 1/18/2024 | 53 | | $425.72 | | | |
| 2/18/2024 | 54 | | $425.72 | | | |
| 3/18/2024 | 55 | | $425.72 | | | |
| 4/18/2024 | 56 | | $425.72 | | | |
| 5/18/2024 | 57 | | $425.72 | | | |
| 6/18/2024 | 58 | | $425.72 | | | |
| 7/18/2024 | 59 | 59 at | $425.72 | | | |
| 8/18/2024 | 60 | 1 at | $577.52 | | | |
| | | | | | | |
| LIQ = $0 | | | $25,695.00 | | | |
| DUE TO IRS CLM | | | $25,695.00 | | | |
| DISP: 3312.38 | | | CLM 006 | | | |
| | | | PAID W/7.25% INT | | | |

| DUE DATE 7TH | | | | | | | | | | FINAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | | |
| 9/18/2019 | 1 | | | | | | | | | | |
| 10/18/2019 | 2 | | | | | | | | | | |
| 11/18/2019 | 3 | | | | | | | | | | |
| 12/18/2019 | 4 | | | | | | | | | | |
| 1/18/2020 | 5 | | | | | | | | | | |
| 2/18/2020 | 6 | | | | | | | | | | |
| 3/18/2020 | 7 | | | | | | | | | | |
| 4/18/2020 | 8 | | | | | | | | | | |
| 5/18/2020 | 9 | | | | | | | | | | |
| 6/18/2020 | 10 | | | | | | | | | | |
| 7/18/2020 | 11 | | | | | | | | | | |
| 8/18/2020 | 12 | | | | | | | | | | |
| 9/18/2020 | 13 | | | | | | | | | | |
| 10/18/2020 | 14 | | | | | | | | | | |
| 11/18/2020 | 15 | | | | | | | | | | |
| 12/18/2020 | 16 | | | | | | | | | | |
| 1/18/2021 | 17 | | | | | | | | | | |
| 2/18/2021 | 18 | | | | | | | | | | |
| 3/18/2021 | 19 | | | | | | | | | | |
| 4/18/2021 | 20 | | | | | | | | | | |
| 5/18/2021 | 21 | | | | | | | | | | |
| 6/18/2021 | 22 | | | | | | | | | | |
| 7/18/2021 | 23 | | | | | | | | | | |
| 8/18/2021 | 24 | | | | | | | | | | |
| 9/18/2021 | 25 | | | | | | | | | | |
| 10/18/2021 | 26 | | | | | | | | | | |
| 11/18/2021 | 27 | | | | | | | | | | |
| 12/18/2021 | 28 | | | | | | | | | | |
| 1/18/2022 | 29 | | | | | | | | | | |
| 2/18/2022 | 30 | | | | | | | | | | |
| 3/18/2022 | 31 | | | | | | | | | | |
| 4/18/2022 | 32 | | | | | | | | | | |
| 5/18/2022 | 33 | | | | | | | | | | |
| 6/18/2022 | 34 | | | | | | | | | | |
| 7/18/2022 | 35 | | | | | | | | | | |
| 8/18/2022 | 36 | | | | | | | | | | |
| 9/18/2022 | 37 | | | | | | | | | | |
| 10/18/2022 | 38 | | | | | | | | | | |
| 11/18/2022 | 39 | | | | | | | | | | |
| 12/18/2022 | 40 | | | | | | | | | | |
| 1/18/2023 | 41 | | | | | | | | | | |
| 2/18/2023 | 42 | | | | | | | | | | |
| 3/18/2023 | 43 | | | | | | | | | | |
| 4/18/2023 | 44 | | | | | | | | | | |
| 5/18/2023 | 45 | | | | | | | | | | |
| 6/18/2023 | 46 | | | | | | | | | | |
| 7/18/2023 | 47 | | | | | | | | | | |
| 8/18/2023 | 48 | | | | | | | | | | |
| 9/18/2023 | 49 | | | | | | | | | | |
| 10/18/2023 | 50 | | | | | | | | | | |
| 11/18/2023 | 51 | | | | | | | | | | |
| 12/18/2023 | 52 | | | | | | | | | | |
| 1/18/2024 | 53 | | | | | | | | | | |
| 2/18/2024 | 54 | | | | | | | | | | |
| 3/18/2024 | 55 | | | | | | | | | | |
| 4/18/2024 | 56 | | | | | | | | | | |
| 5/18/2024 | 57 | | | | | | | | | | |
| 6/18/2024 | 58 | | | | | | | | | | |
| 7/18/2024 | 59 | | | | | | | | | | |
| 8/18/2024 | 60 | | | | | | | | | | |

LIQ = $0
DUE TO IRS CLM
DISP: 3312.38