**ORDERED.**

**Dated: May 03, 2022**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

In re:                                                                                   Case No: 6:19-bk-05420-GER

**RICARDO ERIEL ROSARIO**

                                          Debtor    /          Chapter 13

**ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN**

    **THIS CAUSE** came before the Court without a hearing upon the Debtor's Motion to Modify Confirmed Plan, (Document No.54) and the Amended Conditional Consent filed by the Trustee (Document No.56). The Trustee, in her review of the Motion to Modify, noted the Debtor certified that all creditors and interested parties had received a copy of the Motion. The Court having noted that all issues are resolved by this Order and/or were resolved at the hearing, it is hereby

    **ORDERED AND ADJUDGED:**

    1. That the Debtor's Motion is granted, and the Order Confirming Chapter 13 Plan is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

    2. All other provisions of the Order Confirming Chapter 13 Plan entered by this Court on May 14, 2020 shall remain the same and in full force and effect.

    3. The Debtor, Debtor's Counsel, each Creditor, and creditor's counsel are each responsible for their own independent review of this confirmation order and the distribution of the Plan payments set forth herein. Further, the numbers in the exhibit to the Confirmation Order reflect the disbursement codes that will be used for all funds received by the Trustee. The Debtor, Debtor's Counsel, each Creditor, and creditor's counsel are each responsible for their own independent review of said disbursement codes as well. DUE TO THE RES JUDICATA EFFECT OF THE CONFIRMATION ORDER AND THE SPECIFIC PROVISIONS THEREIN, IT IS IMPERATIVE THAT COUNSEL FOR ALL INTERESTED PARTIES REVIEW THIS ORDER THOROUGHLY AND TIMELY TAKE ALL STEPS NECESSARY TO CORRECT ANY PERCEIVED INACCURACIES.

6:19-bk-05420-GER         ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

Exhibit  "A"

| Claim Nbr. | | Claim Type | Claim Amount | Claim Allowed | Notes | Monthly Payments | |
|---|---|---|---|---|---|---|---|
| AT | John T Snow | Attorney Fee | $3,250.00 | $3,250.00 | | | |
| | | | | | | 01-02/ | $516.60 |
| | | | | | | 03-06/ | $546.86 |
| | | | | | | 07-07/ | $29.36 |
| 001 | Santander Consumer Usa, Inc. | Secured By Vehicle | $28,934.10 | $34,580.93 | ( 1 ) | | |
| | | | | | | 01-59/ | $577.00 |
| | | | | | | 60-60/ | $537.93 |
| 002 | Capital One Bank (Usa), N.A. | General Unsecured | $1,887.41 | $1,887.41 | | 01-60/ | Pro Rata |
| 003 | Gregory Funding, Llc | Ongoing Mortgage | $259,312.80 | $0.00 | ( 2 ) | | |
| | | | | | | 01-02/ | $1,592.95 |
| | | | | | | 03-07/ | $1,562.69 |
| | | | | | | 08-14/ | $1,698.44 |
| | | | | | | 15-20/ | $1,699.30 |
| | | | | | | 21-26/ | $2,103.82 |
| | | | | | | 27-32/ | $2,104.66 |
| | | | | | | 33-33/ | $2,105.23 |
| | | | | | | 34-60/ | $1,700.53 |
| 004 | Internal Revenue Service | Priority | $11,836.66 | $13,079.41 | ( 3 ) | | |
| | | | | | | 01-06/ | $0.00 |
| | | | | | | 07-07/ | $517.50 |
| | | | | | | 08-09/ | $411.11 |
| | | | | | | 10-10/ | $361.11 |
| | | | | | | 11-59/ | $227.84 |
| | | | | | | 60-60/ | $214.42 |
| 005 | Jefferson Capital Systems, Llc | General Unsecured | $230.71 | $230.71 | | 01-60/ | Pro Rata |
| 006 | Capital One Auto Finance | Secured By Vehicle | $21,371.95 | $25,695.00 | ( 4 ) | | |
| | | | | | | 01-59/ | $425.72 |
| | | | | | | 60-60/ | $577.52 |
| 007 | Lvnv Funding, Llc | General Unsecured | $1,499.08 | $1,499.08 | | 01-60/ | Pro Rata |
| 008 | Lvnv Funding, Llc | General Unsecured | $1,141.59 | $1,141.59 | | 01-60/ | Pro Rata |
| 009 | Bridgecrest Credit Company, Llc | Secured By Vehicle | $15,578.28 | $0.00 | ( 5 ) | | |
| 010 | Atlas Acquisitions, Llc | General Unsecured | $1,033.94 | $1,033.94 | ( 6 ) | 01-60/ | Pro Rata |
| 011 | Portfolio Recovery Associates, Llc | General Unsecured | $365.26 | $365.26 | | 01-60/ | Pro Rata |
| 012 | North Shore At Lake Hart Hoa, Inc | Secured | $7,350.00 | $7,350.00 | ( 7 ) | | |
| | | | | | | 01-30/ | $105.00 |
| | | | | | | 31-60/ | $140.00 |

**6:19-bk-05420-GER**               **ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN**

| | | | | | | |
|---|---|---|---|---|---|---|
| 103 | Gregory Funding, Llc | Mortgage Arrears | $33,002.30 | $33,002.30 | | |
| | | | | | 01-10/ | $432.23 |
| | | | | | 11-60/ | $573.60 |
| 350 | John T Snow | Monitoring Fees | $2,550.00 | $2,550.00 | ( 8 ) | |
| | | | | | 01-09/ | $0.00 |
| | | | | | 10-60/ | $50.00 |
| 504 | Internal Revenue Service | General Unsecured | $20,418.58 | $20,418.58 | 01-60/ | Pro Rata |
| 509 | Bridgecrest Credit Company, Llc | General Unsecured | $5,521.57 | $0.00 | ( 9 ) | |

Note ( 1 )   PURSUANT TO ORDER SUSTAINING OBJECTION TO CLAIM FILED ON 4/24/2020, THIS CLAIM SHALL BE PAID WITH 7.25% INTEREST.

Note ( 2 )   THIS CLAIM TRANSFERRED TO GREGORY FUNDING, LLC. PRINCIPAL DUE AMOUNT PURSUANT TO FILING OF PROOF OF CLAIM IS $259,312.80.

Note ( 3 )   CLAIM HAS BEEN AMORTIZED TO BE PAID WITH 4% INTEREST PER ANNUM IN ORDER TO PROVIDE FOR THE PAYMENT OF CLAIM PLUS INTEREST AND PENALTIES THAT MAY BE ASSESSED DURING THE PLAN TERM.

Note ( 4 )   PURSUANT TO ORDER SUSTAINING OBJECTION TO CLAIM FILED ON 4/24/2020, THIS CLAIM SHALL BE PAID WITH 7.25% INTEREST.

Note ( 5 )   COLLATERAL FOR THIS CLAIM HAS BEEN SURRENDERED.
THIS CLAIM REPRESENTS AMENDED CLAIM NO.92.

Note ( 6 )   ADDRESS CHANGE PER NOTICE - DOC #47.

Note ( 7 )   THIS CLAIM REPRESENTS AMENDED CLAIM 12-2. CLAIM REPRESENTS ONGOING MONTHLY HOA ASSESSMENTS.
THIS CLAIM REPRESENTS AMENDED CLAIM NO.12-3 WHICH INCREASES THE ONGOING PAYMENT TO $140.00 PER MONTH, EFFECTIVE JAN. 1, 2022.

Note ( 8 )   THIS CLAIM REPRESENTS ATTORNEY MONITORING FEES.

Note ( 9 )   SEE AMENDED CLAIM NO.9-2. THIS IS A LATE FILED CLAIM, NO FUNDS WILL BE DISBURSED.

## Debtor Payments to the Trustee

| Months | Amount |
|---|---|
| 1-10 | $4,055.00 |
| 11-14 | $4,064.00 |
| 15-20 | $4,065.34 |
| 21-30 | $4,514.42 |
| 31-33 | $4,554.88 |
| 34-59 | $4,110.00 |
| 60-60 | $4,220.00 |

6:19-bk-05420-GER                    ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

ONLY TIMELY FILED CREDITORS SHALL BE PAID PRO RATA FROM FUNDS AVAILABLE AFTER PAYMENT OF PRIORITY AND SECURED CLAIMS.
Variations in distributions between the debtor's plan and this Order shall be resolved in favor of this Order.

NOTICE TO ALL CREDITORS LISTED ABOVE: In an effort to disburse all funds held by the Trustee on a monthly basis, it is possible that you may on occasion receive partial payment. However, the Claim Allowed by this Court will be paid in full by the end of the Debtor's plan. All undesignated funds will be distributed to unsecured creditors.

ALL TAX RETURNS must be provided to the Trustee annually by April 30. All future refunds from the Internal Revenue Service shall be turned over to the Chapter 13 Standing Trustee for distribution to unsecured creditors.

ACCORDING TO THE CONFIRMED CHAPTER 13 PLAN, or any modified plan thereafter, the last regular monthly mortgage payment to be paid through the Chapter 13 Trustee's office is August 18, 2024. Therefore, it is important that the Debtor resumes their regular monthly mortgage payments directly to the mortgage creditor thereafter.

Trustee Laurie K. Weatherford is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.