**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:                                                                    Case No: 6:19-bk-05420-GER
                                                                          Chapter 13

**RICARDO ERIEL ROSARIO,**

        **Debtor.**
_____/

| **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING** |
|---|
| If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to the moving party at BransonLaw, PLLC, 1501 E. Concord Street, Orlando, FL 32803 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail. |
| If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing. |
| **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response, will proceed to consider the paper without further notice or hearing, and may grant the relief requested**. |

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

      Debtor, RICARDO ERIEL ROSARIO, by and through undersigned counsel files this Motion to Modify Confirmed Chapter 13 Plan and states as follows:

      1.      On August 18, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code ("Bankruptcy Code").

      2.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §157.

      3.      Venue in this District is proper under 28 U.S.C. §§ 1408 and 1409.

      4.      The statutory basis for the relief requested herein is §1329 of the

Bankruptcy Code.

5. The Debtor's Chapter 13 Plan was confirmed and was last modified on May 4, 2022.

6. Claim No. of North Lake at Lake Hart HOA, Inc. was amended on June 18, 2014, increasing the amount to $7,825.00 from $7,350.00 for the Debtor's homeowners' association dues. The Debtor needs to provide for the additional moneys.

7. Additionally, the undersigned has incurred additional fees in excess of $1,750.00. The undersigned was substituted into this case from previous counsel, John Snow. The undersigned believed the monthly monitoring fee of $50.00 would cover the attorney fees in representing the Debtor but he has expended attorney fees greater than the monthly monitoring fee and would request that the sum of $1,750.00 be paid through the plan.

8. The Debtor proposes to modify the confirmed plan payments and disbursements, using excess Trustee fees the Trustee has on hand as follows: SEE ATTACHED SPREADSHEET

9. Since the Debtor's confirmed plan provided for payments of all disposable income over the commitment period and priority and secured creditors will not be adversely affected by this modification, it is further moved that provisions for a notice and hearing as specified by 11 U.S.C. Section 1329 (b) (2) is hereby waived.  All other provisions of the Order confirming Chapter 13 plan remain the same, unless otherwise modified herein.

WHEREFORE, Debtor requests this Court grant Debtor's Motion to Modify and grant such other relief that may be deemed just and proper in the circumstances.

/s/ Robert B. Branson
Robert B. Branson, Esquire

Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

**<u>CERTIFICATE OF SERVICE</u>**

A true and correct copy of the foregoing has been sent by either electronic transmission to ECF Users or by U.S. Mail to Non-ECF Users the 8th day of July, 2024, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL  32790; Debtor: Ricardo Eriel Rosario, 9625 Renwick Court, Orlando, FL 32832; and to All Creditors that filed claims in this case.

/s/ Robert B. Branson
Robert B. Branson, Esquire

| DUE DATE | | 19-5420 KJ | | ROSARIO | | | | | CLM 350 | | CLM 004 | | CLM 003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7TH | | 9/18/2019 | | | 10.0% | | | | MONITORING | | PRI | | GREGORY |
| | | Unsecured | | Debtor Pmt | Tee Fee | | | ATTY | FEES J.SNOW | | IRS | | RENWICK CT |
| | 60 | | 60 | | | | | | | | | | 1ST MTG |
| 9/18/2019 | 1 | $0.00 | | $4,055.00 | $405.50 | | | $516.60 | | | | | $1,592.95 |
| 10/18/2019 | 2 | $0.00 | | $4,055.00 | $405.50 | 2 at | $516.60 | | | | | 2 at | $1,592.95 |
| 11/18/2019 | 3 | $0.00 | | $4,055.00 | $405.50 | | $546.86 | | | | | | $1,562.69 |
| 12/18/2019 | 4 | $0.00 | | $4,055.00 | $405.50 | | $546.86 | | | | | | $1,562.69 |
| 1/18/2020 | 5 | $0.00 | | $4,055.00 | $405.50 | | $546.86 | | | | | | $1,562.69 |
| 2/18/2020 | 6 | $0.00 | | $4,055.00 | $405.50 | 4 at | $546.86 | | | 6 at | | | $1,562.69 |
| 3/18/2020 | 7 | $0.00 | | $4,055.00 | $405.50 | 1 at | $29.36 | | | 1 at | $517.50 | 5 at | $1,562.69 |
| 4/18/2020 | 8 | $0.00 | | $4,055.00 | $405.50 | | | | | | $411.11 | | $1,698.44 |
| 5/18/2020 | 9 | $0.00 | | $4,055.00 | $405.50 | | | 9 at | | 2 at | $411.11 | | $1,698.44 |
| 6/18/2020 | 10 | $0.00 | 10 at | $4,055.00 | $405.50 | | | | $50.00 | 1 at | $361.11 | | $1,698.44 |
| 7/18/2020 | 11 | $0.00 | | $4,064.00 | $406.40 | | | | $50.00 | | $227.84 | | $1,698.44 |
| 8/18/2020 | 12 | $0.00 | | $4,064.00 | $406.40 | | | | $50.00 | | $227.84 | | $1,698.44 |
| 9/18/2020 | 13 | $0.00 | | $4,064.00 | $406.40 | | | | $50.00 | | $227.84 | | $1,698.44 |
| 10/18/2020 | 14 | $0.00 | 4 at | $4,064.00 | $406.40 | | | | $50.00 | | $227.84 | 7 at | $1,698.44 |
| 11/18/2020 | 15 | $0.35 | | $4,065.34 | $406.53 | | | | $50.00 | | $227.84 | | $1,699.30 |
| 12/18/2020 | 16 | $0.35 | | $4,065.34 | $406.53 | | | | $50.00 | | $227.84 | | $1,699.30 |
| 1/18/2021 | 17 | $0.35 | | $4,065.34 | $406.53 | | | | $50.00 | | $227.84 | | $1,699.30 |
| 2/18/2021 | 18 | $0.35 | | $4,065.34 | $406.53 | | | | $50.00 | | $227.84 | | $1,699.30 |
| 3/18/2021 | 19 | $0.35 | | $4,065.34 | $406.53 | | | | $50.00 | | $227.84 | | $1,699.30 |
| 4/18/2021 | 20 | $0.35 | 6 at | $4,065.34 | $406.53 | | | | $50.00 | | $227.84 | 6 at | $1,699.30 |
| 5/18/2021 | 21 | ($0.00) | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,103.82 |
| 6/18/2021 | 22 | ($0.00) | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,103.82 |
| 7/18/2021 | 23 | ($0.00) | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,103.82 |
| 8/18/2021 | 24 | ($0.00) | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,103.82 |
| 9/18/2021 | 25 | ($0.00) | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,103.82 |
| 10/18/2021 | 26 | ($0.00) | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | 6 at | $2,103.82 |
| 11/18/2021 | 27 | ($0.84) | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,104.66 |
| 12/18/2021 | 28 | ($0.84) | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,104.66 |
| 1/18/2022 | 29 | ($0.84) | | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,104.66 |
| 2/18/2022 | 30 | ($0.84) | 10 at | $4,514.42 | $451.44 | | | | $50.00 | | $227.84 | | $2,104.66 |
| 3/18/2022 | 31 | $0.57 | | $4,554.88 | $455.49 | | | | $50.00 | | $227.84 | | $2,104.66 |
| 4/18/2022 | 32 | $0.57 | | $4,554.88 | $455.49 | | | | $50.00 | | $227.84 | 6 at | $2,104.66 |
| 5/18/2022 | 33 | $0.00 | 3 at | $4,554.88 | $455.49 | | | | $50.00 | | $227.84 | 1 at | $2,105.23 |
| 6/18/2022 | 34 | $4.31 | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 7/18/2022 | 35 | $4.31 | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 8/18/2022 | 36 | $4.31 | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 9/18/2022 | 37 | $4.31 | | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | | $1,700.53 |
| 10/18/2022 | 38 | $4.31 | 5 at | $4,110.00 | $411.00 | | | | $50.00 | | $227.84 | 5 at | $1,700.53 |
| 11/18/2022 | 39 | $4.31 | | $4,173.76 | $417.38 | | | | $50.00 | | $227.84 | | $1,757.91 |
| 12/18/2022 | 40 | $4.31 | 2 at | $4,173.76 | $417.38 | | | | $50.00 | 30 at | $227.84 | | $1,757.91 |
| 1/18/2023 | 41 | $0.00 | | $4,197.00 | $419.70 | | | 32 at | $50.00 | | $233.07 | | $1,757.91 |
| 2/18/2023 | 42 | $0.00 | | $4,197.00 | $419.70 | | | | | | $233.07 | | $1,757.91 |
| 3/18/2023 | 43 | $0.00 | | $4,197.00 | $419.70 | | | | | | $233.07 | | $1,757.91 |
| 4/18/2023 | 44 | $0.00 | 4 at | $4,197.00 | $419.70 | | | | | | $233.07 | 6 at | $1,757.91 |
| 5/18/2023 | 45 | ($0.00) | 1 at | $4,325.22 | $432.52 | | | | | | $233.07 | 1 at | $1,873.31 |
| 6/18/2023 | 46 | $0.00 | | $4,355.89 | $435.59 | | | | | | $233.07 | | $1,900.91 |
| 7/18/2023 | 47 | $0.00 | | $4,355.89 | $435.59 | | | | | | $233.07 | | $1,900.91 |
| 8/18/2023 | 48 | $0.00 | | $4,355.89 | $435.59 | | | | | | $233.07 | | $1,900.91 |
| 9/18/2023 | 49 | $0.00 | | $4,355.89 | $435.59 | | | | | | $233.07 | | $1,900.91 |
| 10/18/2023 | 50 | $0.00 | 5 at | $4,355.89 | $435.59 | | | | | | $233.07 | 5 at | $1,900.91 |
| 11/18/2023 | 51 | ($0.00) | | $4,517.41 | $451.74 | | | | | | $233.07 | | $2,046.28 |
| 12/18/2023 | 52 | ($0.00) | | $4,517.41 | $451.74 | | | | | | $233.07 | | $2,046.28 |
| 1/18/2024 | 53 | ($0.00) | | $4,517.41 | $451.74 | | | | | | $233.07 | | $2,046.28 |
| 2/18/2024 | 54 | ($0.00) | | $4,517.41 | $451.74 | | | | | | $233.07 | | $2,046.28 |
| 3/18/2024 | 55 | ($0.00) | | $4,517.41 | $451.74 | | | | | | $233.07 | | $2,046.28 |
| 4/18/2024 | 56 | ($0.00) | 6 at | $4,517.41 | $451.74 | | | | | | $233.07 | 6 at | $2,046.28 |
| 5/18/2024 | 57 | ($0.00) | 1 at | $4,657.21 | $465.72 | | | | | | $233.07 | 1 at | $2,172.10 |
| 6/18/2024 | 58 | ($0.00) | | $4,871.72 | $487.17 | | | | | | $233.07 | | $2,365.16 |
| 7/18/2024 | 59 | ($0.00) | | $4,871.72 | $487.17 | | | | | 19 at | $233.07 | | $2,365.16 |
| 8/18/2024 | 60 | ■■■ | 3 at | $4,871.72 | $487.17 | | | | | 1 at | $115.05 | 3 at | $2,365.16 |
| | | | | | | | | | | | | | |
| LIQ = $0 | | ■■■ | | $258,173.90 | $25,817.39 | | | $3,250.00 | $1,600.00 | | $13,079.41 | | $112,413.57 |
| DUE TO IRS CLM | | $26,576.57 | | | | | | $3,250.00 | $1,600.00 | | $13,079.41 | | 106354.65 |
| DISP: 3312.38 | | -7% | | | | | | ATTY | CLM 350 | | PAID W/4% INT | | ONGOING |
| | | | | | | | | | | | CLM 004 | | CLM 003 |

| DUE DATE 7TH | | | CLM 103 GREGORY ARREARS | | NO CLAIM FILED WELLS FARGO FINANCIAL RENWICK CT | | | CLM 012-2 NORTH SHORE HOA | | | CLM 001 CHRYSLER CAPITAL 2018 JEEP WRANGLER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | 2ND MTG | | | | | | |
| 9/18/2019 | 1 | | $432.23 | 1 at | THIS DEBT HAS | | | $105.00 | | | $577.00 |
| 10/18/2019 | 2 | | $432.23 | 1 at | BEEN FULLY | | | $105.00 | | | $577.00 |
| 11/18/2019 | 3 | | $432.23 | 1 at | SATISIFIED | | | $105.00 | | | $577.00 |
| 12/18/2019 | 4 | | $432.23 | 1 at | AND DEBTOR | | | $105.00 | | | $577.00 |
| 1/18/2020 | 5 | | $432.23 | 1 at | HAS | | | $105.00 | | | $577.00 |
| 2/18/2020 | 6 | | $432.23 | 1 at | RECEIVED | | | $105.00 | | | $577.00 |
| 3/18/2020 | 7 | | $432.23 | 1 at | A SATISFACTION | | | $105.00 | | | $577.00 |
| 4/18/2020 | 8 | | $432.23 | 1 at | OF MORTGAGE | | | $105.00 | | | $577.00 |
| 5/18/2020 | 9 | | $432.23 | | | | | $105.00 | | | $577.00 |
| 6/18/2020 | 10 | 10 at | $432.23 | | | | | $105.00 | | | $577.00 |
| 7/18/2020 | 11 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 8/18/2020 | 12 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 9/18/2020 | 13 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 10/18/2020 | 14 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 11/18/2020 | 15 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 12/18/2020 | 16 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 1/18/2021 | 17 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 2/18/2021 | 18 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 3/18/2021 | 19 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 4/18/2021 | 20 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 5/18/2021 | 21 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 6/18/2021 | 22 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 7/18/2021 | 23 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 8/18/2021 | 24 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 9/18/2021 | 25 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 10/18/2021 | 26 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 11/18/2021 | 27 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 12/18/2021 | 28 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 1/18/2022 | 29 | | $573.60 | | | | | $105.00 | | | $577.00 |
| 2/18/2022 | 30 | | $573.60 | | | | 30 at | $105.00 | | | $577.00 |
| 3/18/2022 | 31 | | $573.60 | | | | | $140.00 | | | $577.00 |
| 4/18/2022 | 32 | | $573.60 | | | | | $140.00 | | | $577.00 |
| 5/18/2022 | 33 | | $573.60 | | | | | $140.00 | | | $577.00 |
| 6/18/2022 | 34 | | $573.60 | | | | | $140.00 | | | $577.00 |
| 7/18/2022 | 35 | | $573.60 | | | | | $140.00 | | | $577.00 |
| 8/18/2022 | 36 | | $573.60 | | | | | $140.00 | | | $577.00 |
| 9/18/2022 | 37 | | $573.60 | | | | | $140.00 | | | $577.00 |
| 10/18/2022 | 38 | | $573.60 | | | | | $140.00 | | | $577.00 |
| 11/18/2022 | 39 | | $573.60 | | | | | $140.00 | | | $577.00 |
| 12/18/2022 | 40 | | $573.60 | | | | 10 at | $140.00 | | | $577.00 |
| 1/18/2023 | 41 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 2/18/2023 | 42 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 3/18/2023 | 43 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 4/18/2023 | 44 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 5/18/2023 | 45 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 6/18/2023 | 46 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 7/18/2023 | 47 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 8/18/2023 | 48 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 9/18/2023 | 49 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 10/18/2023 | 50 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 11/18/2023 | 51 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 12/18/2023 | 52 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 1/18/2024 | 53 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 2/18/2024 | 54 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 3/18/2024 | 55 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 4/18/2024 | 56 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 5/18/2024 | 57 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 6/18/2024 | 58 | | $573.60 | | | | | $160.00 | | | $577.00 |
| 7/18/2024 | 59 | | $573.60 | | | | 19 at | $160.00 | | 59 at | $577.00 |
| 8/18/2024 | 60 | 50 at | $573.60 | | | | 1 at | $235.00 | | 1 at | $537.93 |
| | | | | | | | | | | | |
| LIQ = $0 | | | $33,002.30 | | | | | $7,825.00 | | | $34,580.93 |
| DUE TO IRS CLM | | | $33,002.30 | | | | | 7825.00 | | | $34,580.93 |
| DISP: 3312.38 | | | CLM 103 | | | | | CLM 012-2 | | | CLM 001 |
| | | | | | | | | | | | PAID W/7.25% INT |

| DUE DATE 7TH | | | CLM 006 CAPITAL ONE AUTO 2016 JEEP WRANGLER | | NY LIFE INSURANCE INS POLICY | CLM 450 MONITORING R.BRANSON | | | branson | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | |
| 9/18/2019 | 1 | | $425.72 | | PD O/S PLAN | | | | | |
| 10/18/2019 | 2 | | $425.72 | | | | | | | |
| 11/18/2019 | 3 | | $425.72 | | | | | | | |
| 12/18/2019 | 4 | | $425.72 | | | | | | | |
| 1/18/2020 | 5 | | $425.72 | | | | | | | |
| 2/18/2020 | 6 | | $425.72 | | BRIDGECREST | | | | | |
| 3/18/2020 | 7 | | $425.72 | | 2014 NISSAN | | | | | |
| 4/18/2020 | 8 | | $425.72 | | SENTRA | | | | | |
| 5/18/2020 | 9 | | $425.72 | | SURR | | | | | |
| 6/18/2020 | 10 | | $425.72 | | COLLATERAL | | | | | |
| 7/18/2020 | 11 | | $425.72 | | PAID BY | | | | | |
| 8/18/2020 | 12 | | $425.72 | | CO-BORROWER | | | | | |
| 9/18/2020 | 13 | | $425.72 | | DEBTOR'S | | | | | |
| 10/18/2020 | 14 | | $425.72 | | SISTER | | | | | |
| 11/18/2020 | 15 | | $425.72 | | | | | | | |
| 12/18/2020 | 16 | | $425.72 | | CLAIM 9 | | | | | |
| 1/18/2021 | 17 | | $425.72 | | | | | | | |
| 2/18/2021 | 18 | | $425.72 | | | | | | | |
| 3/18/2021 | 19 | | $425.72 | | | | | | | |
| 4/18/2021 | 20 | | $425.72 | | | | | | | |
| 5/18/2021 | 21 | | $425.72 | | | | | | | |
| 6/18/2021 | 22 | | $425.72 | | | | | | | |
| 7/18/2021 | 23 | | $425.72 | | | | | | | |
| 8/18/2021 | 24 | | $425.72 | | | | | | | |
| 9/18/2021 | 25 | | $425.72 | | | | | | | |
| 10/18/2021 | 26 | | $425.72 | | | | | | | |
| 11/18/2021 | 27 | | $425.72 | | | | | | | |
| 12/18/2021 | 28 | | $425.72 | | | | | | | |
| 1/18/2022 | 29 | | $425.72 | | | | | | | |
| 2/18/2022 | 30 | | $425.72 | | | | | | | |
| 3/18/2022 | 31 | | $425.72 | | | | | | | |
| 4/18/2022 | 32 | | $425.72 | | | | | | | |
| 5/18/2022 | 33 | | $425.72 | | | | | | | |
| 6/18/2022 | 34 | | $425.72 | | | | | | | |
| 7/18/2022 | 35 | | $425.72 | | | | | | | |
| 8/18/2022 | 36 | | $425.72 | | | | | | | |
| 9/18/2022 | 37 | | $425.72 | | | | | | | |
| 10/18/2022 | 38 | | $425.72 | | | | | | | |
| 11/18/2022 | 39 | | $425.72 | | | | | | | |
| 12/18/2022 | 40 | | $425.72 | | | | | | | |
| 1/18/2023 | 41 | | $425.72 | | | 41 at | | | | |
| 2/18/2023 | 42 | | $425.72 | | | | $50.00 | | | |
| 3/18/2023 | 43 | | $425.72 | | | | $50.00 | | | |
| 4/18/2023 | 44 | | $425.72 | | | | $50.00 | | | |
| 5/18/2023 | 45 | | $425.72 | | | | $50.00 | | | |
| 6/18/2023 | 46 | | $425.72 | | | | $50.00 | | | |
| 7/18/2023 | 47 | | $425.72 | | | | $50.00 | | | |
| 8/18/2023 | 48 | | $425.72 | | | | $50.00 | | | |
| 9/18/2023 | 49 | | $425.72 | | | | $50.00 | | | |
| 10/18/2023 | 50 | | $425.72 | | | | $50.00 | | | |
| 11/18/2023 | 51 | | $425.72 | | | | $50.00 | | | |
| 12/18/2023 | 52 | | $425.72 | | | | $50.00 | | | |
| 1/18/2024 | 53 | | $425.72 | | | | $50.00 | | | |
| 2/18/2024 | 54 | | $425.72 | | | | $50.00 | | | |
| 3/18/2024 | 55 | | $425.72 | | | | $50.00 | | | |
| 4/18/2024 | 56 | | $425.72 | | | | $50.00 | | | |
| 5/18/2024 | 57 | | $425.72 | | | | $50.00 | | | |
| 6/18/2024 | 58 | | $425.72 | | | | $50.00 | | | |
| 7/18/2024 | 59 | 59 at | $425.72 | | | | $50.00 | 59 at | | |
| 8/18/2024 | 60 | 1 at | $577.52 | | | | $50.00 | | $1,750.00 | |
| | | | | | | | | | | |
| LIQ = $0 | | | $25,695.00 | | | | $950.00 | | $1,750.00 | |
| DUE TO IRS CLM | | | $25,695.00 | | | | $950.00 | | $1,750.00 | |
| DISP: 3312.38 | | | CLM 006 | | | | CLM 450 | | | |
| | | | PAID W/7.25% INT | | | | | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:19-bk-05420-GER<br>Middle District of Florida<br>Orlando<br>Mon Jul  8 15:09:17 EDT 2024 | Ricardo Eriel Rosario<br>9625 Renwick Ct<br>Orlando, FL 32832-5997 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| Bridgecrest Credit Company LLC -<br>Po Box 29018<br>Phoenix AZ 85038-9018 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capital One Bank (USA), N.A. -<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Internal Revenue Service -<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC -<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| North Shore at Lake Hart HOA Inc -<br>c/o The Orlando Law Group, PL<br>12301 Lake Underhill Rd Ste 213<br>Orlando, FL  32828-4511 | North Shore at Lake Hart HOA Inc. -<br>9339 North Shore Golf Club Blvd.<br>Orlando, FL 32832-6032 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Santander consumer USA Inc. d/b/a<br>Chrysler Capital<br>Attn: Bankrutpcy Dept<br>PO Box 961275<br>Fort Worth, TX  76161-0275 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Robert B Branson +<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 |
| Stanford R Solomon +<br>The Solomon Law Group, P.A.<br>1881 West Kennedy Boulevard, Suite D<br>Tampa, FL 33606-1611 | United States Trustee - ORL7/13 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Nicole Mariani Noel +<br>Kass Shuler, P.A.<br>PO Box 800<br>Tampa, FL 33601-0800 |
| Allison D Thompson +<br>Mechanik Nuccio Hearne & Wester, P.A.<br>305 S. Boulevard<br>Tampa, FL 33606-2150 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Jefferson Capital Systems LLC -<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC -<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ajax Mortgage Loan Trust 2023-B.... -     (u)Note: Entries with a '+' at the end of the      End of Label Matrix
305 S. Blvd,, Tampa, FL 33606                name have an email address on file in CMECF        Mailable recipients   18
                                             ----------------------------------------------     Bypassed recipients    2
                                             Note: Entries with a '-' at the end of the         Total                 20
                                             name have filed a claim in this case
```