UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　CASE NO.: 6:19-bk-05420-GER
Ricardo Eriel Rosario,
　　　　　　Debtor(s).

TRUSTEE'S OBJECTION TO
MOTION TO MODIFY CONFIRMED PLAN
Doc 97

　　　COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and objects to the Debtors' Motion to Modify Confirmed Plan, (Doc 97) and as grounds states as follows:

1. The proposed Motion to Modify was filed to pay the increase in HOA dues for North Lake at Lake Hart HOA, Inc. and pay an increase in attorney fees.
2. The proposed modification appears to use excess Trustee fees to pay a post-petition increase in homeowners' association fees, and unilaterally pay attorney's fees over and above the monitoring fees already provided for. The Honorable Tiffany P. Geyer has determined that use of the Trustee's excess fees to fund post-petition obligations as proposed in Debtor's motion is inappropriate in the matter of Latwoin Evon Taylor, case number 6:18-bk-06144-TPG.

　　　WHEREFORE, the Trustee prays that this Court will deny the Debtor's Motion to Modify Confirmed Plan for all of the reasons outlined in this Objection, and for such other relief as the Court deems appropriate.

Ricardo Eriel Rosario　　　　　　　　　　　　　Robert B Branson
9625 Renwick Ct　　　　　　　　　　　　　　　BransonLaw PLLC
Orlando, FL 32832　　　　　　　　　　　　　　 1501 E. Concord Street
　　　　　　　　　　　　　　　　　　　　　　　Orlando, FL. 32803

CERTIFICATE OF SERVICE

Copies of this document were furnished by first class U.S. Mail or by electronic transmission to the parties listed below on the 9th day of July 2024.

　　　　　　　　　　　　　　　　　　　　/s/ Laurie K. Weatherford
　　　　　　　　　　　　　　　　　　　　LAURIE K. WEATHERFORD, Trustee
　　　　　　　　　　　　　　　　　　　　Stuart Ferderer, Esq. Attorney for Trustee
　　　　　　　　　　　　　　　　　　　　FL Bar No. 0746967
　　　　　　　　　　　　　　　　　　　　Ana De Villiers, Esq. Attorney for Trustee
　　　　　　　　　　　　　　　　　　　　FL Bar No. 0123201
　　　　　　　　　　　　　　　　　　　　Post Office Box 3450

Winter Park, FL 32790-3450
Telephone: (407) 648-8841